# FEDERAL DISTRICT COURT FOR THE DISCTICT OF CONNECTICUT

Susan Skipp et al
AND THOSE SIMILARLY SITUATED and
v  their children

**Plaintiffs**

The State of Connecticut et al           March 28, 2019

**Defendants**

3:19cv498(KAD)

## WRIT OF MANDAMUS

Sexual harassment and discrimination take many forms, not all physical, not all exposed in the "MeToo" Movement. It exists everywhere. It's pervasive in the courtrooms and in state and federal funding. Plaintiffs are moving this court to implore it to correct the significant damage to the plaintiffs and to all women and children entering a Connecticut court room with a divorce case of entailing abuse, euphemistically called "high conflict." Notable, today is the ninth year AFTER the Plaintiffs family has been created by the State of Connecticut. With the legal application of Quinnlion V Wolcott (US 1978) This court must recognize and its conscience shocked that stare <u>decisis</u> is completely ignored -as are basic rights and law- in Connecticut family courtrooms.

The type that exists in the courtroom and in state and federal funding is devastating not only to the women involved but their children as well.

In the State of Connecticut for example sexual harassment is actually codified into statue which permits fathers who are separated from their children to receive state and federal finances and emotional support while no such support or finances are available to women who are similarly situated.

FEDERAL DISTRICT COURT FOR THE DISCTICT OF CONNECTICUT

The following is a comprehensive analysis of the situation in Connecticut that forces bankruptcies, unlawful protracted litigation, weaponizing of children, financial devastation, extortion of money, trafficking of children by the state of Connecticut and extends to a solution as well.

The attached Memorandum of Understanding (Exhibit 1) women and children are significantly damaged in all aspects of live: security, psychological well-being, financially, continued domestic violence sanctioned by the Connecticut court system, continued child abuse by the Connecticut Court system via Connecticut using HHS discriminatory monies despite the fact that Connecticut prohibits discrimination by sex: it's Constitution was amended in 1984 prohibiting discrimination by sex. Father is male, and mother is female.

Additionally, TANF money is diverted to fund these fathers' expenses referred to in the MOU.

The MOU states that "Fathers who are separated from their child suffer adverse psychological consequences such as depression and low self-esteem and can get marginalized from society".

What about Connecticut Mothers? Denise Garvey, Susan Skipp, Pamela Eisenlohr, Alice Giordano, Sunny Kelly, Lori Thaner, Stacey Blitsch, Kelly Grohs, Paige Taylor, Lynda LeVasque, Angela Hickman, Pam Eisenhower, Jessica Neiderwerfer, Andrea Cota, Marina Golli, Diane Hart, Nuala Whelton, Donna Autori, Robin Herzog, Jennifer Grant...and the *3500 plus* Connecticut moms and their children *each year adding* to this YEARS ongoing number of post dissolution by agreement divorces?

FEDERAL DISTRICT COURT FOR THE DISCTICT OF CONNECTICUT

Are all of these woman psychologically fine being separated from their children to protect the Fathers fragile egos and sturdy wallets?

Absolutely not. Permanent injuries. Ptsd, ongoing, only injures further. ~~The MOU is not ADA/ADAAA compliant.~~

The State of Connecticut must end its practices and policies of discrimination on the basis of sex, marital status and in most cases, disability discrimination and exploitation of disabilities and require the State of Connecticut to immediately adopt and implement a program free from sex, martial status and ~~disability~~ discrimination.

By way of background, Congress established a five (5) year USD$150 million program of grants to promote "a world where every child has a 24/7 Dad" (https://www.fatherhood.org/funding). Connecticut's Fatherhood Initiative since promoted the involvement of fathers with their children for the benefit of receiving said and other funding

(https://www.ct.gov/fatherhood/lib/fatherhood/pdfs/fatherhooddirectory.pdf)

Specifically, multiple Connecticut State agencies signed the attached agreement to ~~~~ discriminate against Mothers on February 26, 2010. It was agreed in pertinent part that "fathers who are separated from their child suffer adverse psychological consequences such as depression and low self-esteem and are often marginalized from society". No such concern was expressed for Mothers.

Kindly recall that the Judicial Branch expressly contracted to "provide membership and active participation for the Fatherhood Advisory Counsel and related events/activities"; "designate an agency liaison to facilitate

FEDERAL DISTRICT COURT FOR THE DISCTICT OF CONNECTICUT

communication and reporting about fatherhood activities"; "track statistics and trends as it relates to the grant activities"; "seek opportunities for funding, consistent with the Division's mission, to support positive father involvement" and "support the Annual New England Fathering Conference via attendance, training or financial support if funding is available". Other signatories include of this inter-agency agreement include The Department of Social Services, The State Department of Education and The Department of Public Health.

The undersigned has been discriminated against by the State of Connecticut for the duration of this agreement on account of sex and marital status including but not limited to the following:

i. Right to Family association

ii. Right to Timely Resolution of Motions

iii. Right to contract

iv. Right to Honest goods and Services

v. Duty to Foster and Encourage relationship between minor child and other parent

vi. Equity

vii. and all other claims made by plaintiffs in 14 cv 0141 and 17 cv 01974

The damages incurred by this pattern of discrimination include psychological torture and effective imprisonment away from family and culture since 2010, together with a fear that this will continue for the entire lives of family members or until the State of Connecticut finds or concocts a reason to justify its willful, contumacious and profitable discrimination after the fact.

FEDERAL DISTRICT COURT FOR THE DISCTICT OF CONNECTICUT

It is submitted that the enclosed inter-agency agreement to discriminate against Mothers and seek funding from the Fatherhood initiative is unconstitutional per the State of Connecticut since 1984. It is Unconstitutional per 9th and 10th amendment at minimum. It is respectfully submitted that this violates the Equal Protection Clause of the Fifth and Fourteenth Amendment of the Constitution of the United States as Connecticut provides expanded rights for protection against discrimination of marital status or sex.

Further due process is denied. The Connecticut State policy insofar as it is implicated against the undersigned as citizen of a life and family. No woman has any access to due process or equal protection when she enters a Connecticut court to divorce. Children are trafficked.

Wherefore the Undersigned implores this court to order the State of Connecticut to immediately implement policies, practices and programs that align with its State Constitution. Plaintiffs seek to have law followed and applied.

Susan Skipp

4 Winchester Ave

Winsted CT 06098

a/n/f GAT

a/n/f WGT
of those similarly situated
2035091585

susnskipp@gmail.com

*Do not use mail, under 504, please email*

# FEDERAL DISTRICT COURT FOR THE DISCTICT OF CONNECTICUT

Susanskipp@gmail.com

I certify that the above pleading ~~has been serv~~ed to Defendants via ~~ECMF filing system. Upon entry into the system. They have n via email~~ WILL BE SERVED ON DEFENDANTS Third Party service SS VIA US MAIL

*Susan Skipp*
INDIVI WGT A/N/F GAY

Exhibits

a. 2010 Interagency Memorandum of Understanding for the State of Connecticut

b. Ways and Means Testimony June 26, 2012 "How Welfare and Tax Benefits can Discourage Work" Joint Hearing Subcommittee on Human Resources and Select Revenue Measures: Committee on Ways and Means US House of Representatives.